ORAL ARGUMENT NOT YET SCHEDULED
Nos. 26-5330; 26-5336 (consolidated)

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF CALIFORNIA,

*Plaintiff-Appellee,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Defendants-Appellants,*

On Appeal from the United States District Court for the District of Columbia, Civil Action No. 1:26-cv-02185 (Hon. Beryl A. Howell)

# INTERVENOR-DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO FILE REPLY TO CALIFORNIA'S OPPOSITION TO FEDERAL APPELLANTS' MOTION TO EXPEDITE AND FOR A BRIEFING SCHEDULE

Katherine C. Yarger*
(*pro hac vice* application forthcoming)
LEHOTSKY COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
(512) 693-8350

Michael B. Schon
LEHOTSKY COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
(512) 693-8350

Dated: October 12, 2026

*Counsel for Intervenor-Defendants-Appellants*

Intervenor-Defendants-Appellants the American Fuel & Petrochemical Manufacturers and American Petroleum Institute ("Intervenors") request leave to file a reply to California's opposition to Federal Appellants' motion to expedite and for a briefing schedule.

In hopes of avoiding duplicative motions practice, Intervenors did not file their own separate motion to expedite because they consented to the schedule proposed by Federal Appellants. *See* Doc. No. 2195131. In its opposition, California made an unexpected request for several forms of affirmative relief, including a reduced brief length for Intervenors, the elimination of Intervenors' reply brief, an overlength brief for California, and a substantial extension of time for California to file its response brief. Doc No. 2196439 at 11.

The reply submitted concurrently with this motion is well under the standard length for replies, *see* Fed. R. App. P. 27(d)(2)(C), and addresses only the affirmative requests for relief California made in its opposition. Consistent with D.C. Circuit Rule 27(h), the reply that Intervenors seek leave to file is lodged with this motion. Intervenors request that the Court grant

them leave to respond to the relief that California has requested, which would have a significant and adverse impact on Intervenors' opportunity to present a full argument on appeal.

Dated: October 12, 2026

*/s/ Michael B. Schon*

Michael B. Schon
LEHOTSKY COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
(512) 693-8350

*Counsel for Intervenor-Defendants-Appellants*

Katherine C. Yarger*
(*pro hac vice* application forthcoming)
LEHOTSKY COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
(512) 693-8350

## Certificate of Compliance

1. I certify that the foregoing motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 201 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2021 in 14-point Palatino Linotype.

Dated: October 12, 2026

*/s/ Michael B. Schon*

Michael B. Schon

## Certificate of Parties and Disclosure Statement

Pursuant to Circuit Rule 27(a)(4), the undersigned counsel states as follows:

**A. Parties and Amici**

Plaintiff-Appellee. Plaintiff in the district court and appellee in this appeal is California.

Defendants-Appellants. Defendants in the district court and appellants in this appeal are the United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency.

Intervenor-Defendant-Appellants. Intervenor-defendants in the district court and appellants in this appeal are American Fuel & Petrochemical Manufacturers ("AFPM") and American Petroleum Institute ("API").

## B. Disclosure Statement

AFPM and API have no parent companies, and no publicly-held company has a 10 percent or greater ownership interest in AFPM or API. AFPM and API do not issue stock. *See* Fed. R. App. P. 26.1; D.C. Cir. R. 26.1

*/s/ Michael B. Schon*

Michael B. Schon